IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| STEPHANIE M. FISHWICK, | : |
| Plaintiff, | : |
| v. | : Civil Action No.2:23-cv-00420-RAJ-LRL |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, *et al.,* | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO TRANS UNION, LLC**

Plaintiff, by counsel and with the signature of all parties, stipulates to the dismissal with prejudice of all claims against Trans Union, LLC in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

DATED: February 16, 2024          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Kristi C. Kelly*
　　　　　　　　　　　　　　　　　　　　　　　　Kristi C. Kelly, VSB #72791
　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Guzzo, VSB #82170
　　　　　　　　　　　　　　　　　　　　　　　　Casey S. Nash, VSB #84261
　　　　　　　　　　　　　　　　　　　　　　　　J. Patrick McNichol, VSB #92699
　　　　　　　　　　　　　　　　　　　　　　　　Matthew Rosendahl, VSB #93738
　　　　　　　　　　　　　　　　　　　　　　　　Kelly Guzzo, PLC
　　　　　　　　　　　　　　　　　　　　　　　　3925 Chain Bridge Road, Suite 202
　　　　　　　　　　　　　　　　　　　　　　　　Fairfax, VA 22030
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (703) 424-7572
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 591-0167
　　　　　　　　　　　　　　　　　　　　　　　　Email: kkelly@kellyguzzo.com
　　　　　　　　　　　　　　　　　　　　　　　　Email: aguzzo@kellyguzzo.com
　　　　　　　　　　　　　　　　　　　　　　　　Email: casey@kellyguzzo.com
　　　　　　　　　　　　　　　　　　　　　　　　Email: pat@kellyguzzo.com

Email: matt@kellyguzzo.com
*Counsel for Plaintiff*


   */s/ Marc F. Kirkland*
Marc F. Kirkland, VSB #96234
Quilling, Selander, Lownds, Winslett & Moser PC
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 560-5454
Facsimile: (214) 871-2111
Email: mkirkland@qslwm.com
*Counsel for Trans Union, LLC*


   */s/ Stephen D. Lozier*
Stephen D. Lozier, VSB # 89365
Troutman Pepper Hamilton Sanders LLP
227 W Monroe, Suite 3900
Chicago, IL 60606
Telephone: (312) 759-1920
Facsimile: (312) 759-1939
Email: Stephen.lozier@troutman.com
*Counsel for Portfolio Recovery Associates, LLC*