IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| STEPHANIE M. FISHWICK, | : |
| Plaintiff, | : |
| v. | : Civil Action No.2:23-cv-00420-RAJ-LRL |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, *et al.,* | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC**

Plaintiff, by counsel and with the signature of all parties, stipulates to the dismissal with prejudice of all claims against Portfolio Recovery Associates, LLC in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

DATED: March 15, 2024                    Respectfully submitted,

                                          /s/ *Kristi C. Kelly*
                                          Kristi C. Kelly, VSB #72791
                                          Andrew J. Guzzo, VSB #82170
                                          Casey S. Nash, VSB #84261
                                          J. Patrick McNichol, VSB #92699
                                          Matthew Rosendahl, VSB #93738
                                          Kelly Guzzo, PLC
                                          3925 Chain Bridge Road, Suite 202
                                          Fairfax, VA 22030
                                          Telephone: (703) 424-7572
                                          Facsimile: (703) 591-0167
                                          Email: kkelly@kellyguzzo.com
                                          Email: aguzzo@kellyguzzo.com

1

          Email: casey@kellyguzzo.com
          Email: pat@kellyguzzo.com
          Email: matt@kellyguzzo.com
          *Counsel for Plaintiff*


           */s/ Stephen D. Lozier*
          Stephen D. Lozier, VSB #89365
          Troutman Pepper Hamilton Sanders LLP
          227 W Monroe, Suite 3900
          Chicago, IL 60606
          Telephone: (312) 759-1920
          Facsimile: (312) 759-1939
          Email: Stephen.lozier@troutman.com
         *Counsel for Portfolio Recovery Associates, LLC*